UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHUTHIMA PONGSAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN EXPRESS COMPANY; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01628-DOC (JDEx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

　　　Plaintiff Shuthima Pongsai and Defendants American Express Company, Experian Information Solutions, Inc., and Trans Union LLC stipulate to the entry of a Protective Order (Dkt. 62, "Stipulation"). Good cause having been shown, the Stipulation (Dkt. 62) is entered as an Order of the Court.

DATED: January 30, 2020

_____
JOHN D. EARLY
United States Magistrate Judge