FILED
CLERK, U.S. DISTRICT COURT
5/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KD    DEPUTY

JS-6

Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUTHIMA PONGSAI<br><br>PLAINTIFF(S)<br>v.<br>AMERICAN EXPRESS CO., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA CV 19-1628-DOC(JDEx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable David O. Carter, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

take nothing; that the action be dismissed on the merits; ~~and that the defendant(s)~~

_____

_____

~~recover of the plaintiff(s) its costs of action, taxed in the sum of~~ _____.

Clerk, U. S. District Court

Dated: May 20, 2021    By Kelly Davis
                         Deputy Clerk

At: Santa Ana, CA

cc: Counsel of record

CV-44 (11/96)    JUDGMENT ON THE VERDICT FOR DEFENDANT(S)